IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20933
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PEDRO GOMEZ-GARCIA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H:97-CR-115-1
- - - - - - - - - -

September 15, 1998

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Pedro Gomez-Garcia has filed a brief as required by Anders v. California, 386 U.S. 738 (1967), and we have independently reviewed counsel's brief, the record, and Gomez-Garcia's response to counsel's motion to withdraw and find no nonfrivolous issues.  Gomez-Garcia asks this court to appoint counsel to represent him in his direct criminal appeal.  There being no nonfrivolous issues for appeal, there is no justification for appointing new counsel.  Gomez-Garcia's motion

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in TH CIR. R. 47.5.4.

for appointment of counsel is DENIED.  Accordingly, the motion to withdraw is GRANTED, and the APPEAL IS DISMISSED.  5th Cir. 42.2.